UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CRISTIAN SANCHEZ, on behalf of himself and
 all others similarly situated,

                              ORDER
         Plaintiffs,        21-CV-2342 (PGG) (KNF)

    -against-

WHOLESALE COINS DIRECT, LLC,

         Defendant.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       The docket sheet maintained by the Clerk of Court for this action reflects that the summons and complaint were served in March 2021.  However, no response to the complaint has been filed, and the time for doing so has elapsed.  Therefore, on or before April 28, 2021, the plaintiff shall advise the Court, in writing, of the status of this action.

Dated:  New York, New York                SO ORDERED:
          April 21, 2021

                                                          *Kevin Nathaniel Fox*
                                              KEVIN NATHANIEL FOX
                                              UNITED STATES MAGISTRATE JUDGE