UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CRISTIAN SANCHEZ, on behalf of himself and all others similarly situated,

                        Plaintiff,

- against -

WHOLESALE COINS DIRECT, LLC

                        Defendant.
-----------------------------------------------------------------X

Case No. 21-cv-02342 (PGG) (KNF)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rules 41(a)(1)(A)(ii) and (2) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against Defendant are hereby voluntarily dismissed with prejudice and without costs.

Dated: New York, New York
May 25, 2021

COHEN & MIZRAHI LLP

By: _____
Joseph H. Mizrahi, Esq.
300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
(929) 575-4175
jmizrahi@cmlattorneys.com
*Attorneys for Plaintiff*

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Peter T. Shapiro, Esq.
77 Water Street, Suite 2100
New York, New York 10005
(212) 232-1300
Peter.Shapiro@lewisbrisbois.com
*Attorneys for Defendant*

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
May 26, 2021

4846-8345-2649.1